AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | United States District Court for the Central District of California<br>312 N. Spring Street<br>Los Angeles, CA  90012 |
| PLAINTIFF<br>TORSTEN FALK<br>CV11-10761 | DEFENDANT<br>PACIFIC SUN ENTERTAINMENT, INC. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 Pending | Drawn To Fuck (Fickrausch) | Torsten Falk |
| 2 Pending | Berlin Youngsterz | Torsten Falk |
| 3 Pending | Spritzz Dot Com | Torsten Falk |
| 4 Pending | Million Dollar Boy | Torsten Falk |
| 5 Pending | Cock Attack (Schwanzangriff) | Torsten Falk |

Continued on Attachment A.

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |  |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Attachment A

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| Pending | *Liquid Heat* | Torsten Falk |
| Pending | *Straight Secrets* | Torsten Falk |
| Pending | *Cam Shooterz* | Torsten Falk |
| Pending | *Cock Hungry Dudes (Fickfleisch Deluxe)* | Torsten Falk |
| Pending | *Willing Young Men (Jung & Dauergeil)* | Torsten Falk |
| Pending | *Sextasy* | Torsten Falk |
| Pending | *Fuck Me Harder* | Torsten Falk |
| Pending | *First Date Fuck* | Torsten Falk |
| Pending | *Sperm Factory* | Torsten Falk |
| Pending | *Fresh Sperm Shooters (Junge Spritzer)* | Torsten Falk |
| Pending | *Cum Guns Reloaded* | Torsten Falk |
| Pending | *Young Cocks – Hard & Juicy* | Torsten Falk |